# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00494-RJC-DSC

| | |
|---|---|
| DUKE ENERGY CAROLINAS LLC et. al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| BNSF RAILWAY COMPANY et. al., | ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Sami H. Rashid and Stephen R. Neuwirth]" (documents ## 5 and 6) filed October 21, 2019. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: October 22, 2019

David S. Cayer
United States Magistrate Judge